Joseph Martin, Appellant, v. Leo Schlesinger, as Receiver of the Federal Bank of New York, Respondent. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

William McGonigal Company, Respondent, v. Frank J. Bang and Theresa M. Bang, Appellants.— Judgment of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ.